IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff

VS.                                    NO.  2:26-mj-00007-atc-1

LONTRELL WILLIAMS SR.,

     Defendant

NOTICE OF APPEARANCE AS TO PROBABLE CAUSE AND DETENTION HEARING

Comes now Howard L. Wagerman, and pursuant to Rule 83.1C of the United States District Court of the Western District of Tennessee would file Notice of Appearance in the above-captioned matter.  All correspondence regarding this matter should be addressed to Howard L. Wagerman, at the address of Suite 1313, 200 Jefferson Avenue, Memphis, Tennessee, 38103, (901) 527-0644.

           Respectfully submitted,

           WAGERMAN KATZMAN

           BY: *s/ Howard L. Wagerman*
             Howard L. Wagerman #006773
             Attorney for Defendant
             Suite 1313, 200 Jefferson Avenue
             Memphis, Tennessee 38103
             (901) 527-0644

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon opposing counsel, by electronic means via the Court's electronic filing system, on the 6th day of April, 2026.

*s/ Howard L. Wagerman*