IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

LONTRELL WILLIAMS SR. (02)

NO. 3:26-MJ-328-BK

## ORDER ON GOVERNMENT'S
## REQUEST TO STAY PRETRIAL RELEASE ORDER

Before the Court is the Government's Notice of Motion and Request to Stay Pretrial Release Order (the "Notice") (Doc. No. 9). The Government states that it intends to file a motion to revoke the order releasing Defendant Lontrell Williams, Sr. ("Defendant") on pretrial conditions. Doc. No. 9 at 1. The Government asks the Court to stay the release order until its motion to revoke can be decided. *Id.* at 2. Having carefully considered the Notice, the Court **GRANTS** the Government's request to stay the pretrial release order.

On March 30, 2026, Defendant was charged by criminal complaint in the Northern District of Texas with kidnapping in violation of 18 U.S.C. § 1201(a) and (c). *See generally* Doc. No. 1. Defendant was arrested in the Western District of Tennessee and, on that same day, made his initial appearance before the United States Magistrate Judge in case number 2:26-MJ-0007 (W.D. Tenn.). The Government moved to detain Defendant pending trial. Doc. No. 6. The docket in 2:26-MJ-0007 reflects that, after the hearing on the detention motion, the Magistrate Judge issued an

Order Granting Stay—Page 1

order setting conditions of release (the "Release Order") for Defendant but the Magistrate Judge stayed the Release Order through Monday, April 6, 2024.  *See* 2:26-MJ-0007 (W.D. Tenn.), Doc. No. 24 (minute entry).

The Court **ORDERS** that the Release Order as to Defendant Lontrell Williams Sr. is **STAYED** until such time as this Court determines the Government's motion to revoke the Release Order or until otherwise ordered by the Court.

The Court further **ORDERS** the United States Marshal's Service to transport Defendant Lontrell Williams Sr. **forthwith** to the Dallas Division of the Northern District of Texas, where he shall remain in custody pending further order of this Court.

The Government shall file its motion to revoke **by April 13, 2026**.  Defendant shall file his response **by April 20, 2026**.

**SO ORDERED.**

Signed April 3rd, 2026.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE